AUSA: Philip Jacques Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Michael Klenner Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jacorey Taylor

Case No.
Case: 2:26−mj−30687
Assigned To : Unassigned
Assign. Date : 10/30/2026
Description: RE: JACOREY TAYLOR (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm. |

This criminal complaint is based on these facts:
see attached affidavit.

☐ Continued on the attached sheet.

[signature]
*Complainant's signature*

Michael Klenner, Task Force Officer (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date October 30, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Klenner, Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Detective Sergeant (D/SGT) with the Michigan State Police and begun my tenure with MSP in March of 2015. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF in July of 2025. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP) and the ATF.

2. Prior to becoming an ATF TFO, I was a uniform trooper, Detective trooper and a Detective Sergeant, where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations.

3. This affidavit is in support of a criminal complaint and application for an arrest warrant for JACOREY TAYLOR for felon in possession of a firearm in violation of Title 18 U.S.C. § 922(g)(1) committed on October 27, 2026.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to

show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

**PROBABLE CAUSE**

5. On October 27, 2026, Detectives from the County of Macomb Enforcement Team (COMET) were conducting a narcotics enforcement detail at the Detroit Greyhound Bus Station (1001 Howard St. Detroit).

6. Detectives observed a black male arrive at the bus station wearing a black zip-up jacket and a ski-mask on top his head with approximately 9 minutes before the bus was set to depart.

7. As the black male was going to board the bus, Detectives approached him and asked him for his boarding pass along with his name. The black male identified himself as "Corey Taylor" with a date of birth of XX/XX/1998.

8. After checking various Law Enforcement databases, the name the male provided to detectives came back to no record. Detectives asked the male for a physical identification card, and he provided a Kentucky state Identification Card with the name "JACOREY LAMONT TAYLOR" with the date of birth of XX/XX/1998.

9. TAYLOR was asked by Detectives if everything in his bag belonged to him which he advised "yes". TAYLOR gave Detectives consent to search his bag for contraband. As Detectives pulled TAYLOR's black bag from under

storage on the bus where he previously put it, TAYLOR began to back away from Detectives then attempted to flee from Detectives on foot. Trooper Harba apprehended TAYLOR near the doorway to the lobby. Detectives detained TAYLOR for further investigation.

10. Trooper Martinez searched TAYLOR's bag from his prior consent, and incident to arrest. While searching TAYLOR's bag, he located a broken down Smith & Wesson M&P15 Rifle (Ser: TW53671) equipped with a functional Vortex Optic and a tan rifle magazine loaded with 19 .223 green tip rounds.

11. On October 29, 2026, ATF Interstate Nexus Expert S/A Josh Mclean was provided with the make, model and caliber information related to the firearm seized from TAYLOR's bag. S/A Mclean concluded the firearm was manufactured outside the state of Michigan and thus traveled in and affected interstate or foreign commerce.

12. Investigators conducted trace of the discovered Smith and Wesson M&P 15 and confirmed the firearm was reported as stolen out of Kentucky on July 17, 2026.

13. On October 29, 2026, an ATF Industry Operations Intelligence Specialist queried JOHNSON for any National Firearms Registration and Transfer

Records, the results indicated TAYLOR does not have any NFA firearms registered to him.

14. I reviewed records related to TAYLOR's criminal history and learned that on June 20, 2016, TAYLOR's was sentenced to prison for more than one year in Kentucky for Felony Homicide-Murder. TAYLOR was released from Kentucky Department of Corrections on March 14, 2022.

15. During a post Miranda warnings interview of TAYLOR, he admitted to COMET detectives that he knew he was a convicted felon and served time in prison for murder.

## CONCLUSION

16. Probable cause exists that JACOREY TAYLOR, a convicted felon, was a felon in possession of a firearm manufactured outside the state of Michigan, in violation of Title 18 U.S.C. § 922(g)(1);

Respectfully submitted,

Michael Klenner
ATF Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2026